# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff )<br>vs. )<br>MICHEL CERCONE, RICHARD WOOD )<br>)<br>)<br>Defendant ) | No.    CR. 19-8 |

**HEARING ON** DETENTION

Before U. S. Magistrate Judge ROBERT C. MITCHELL

| CRAIG HALLER, ESQUIRE | CERCONE-STEVE CAPONE, ESQUIRE.<br>WOOD-ROGER COX, ESQUIRE |
|---|---|
| Appear for Plaintiff | Appear for Defendant |
| Hearing Begun 1/14/2019 at 1:29 p.m. | Hearing Adjourned to |
| Hearing concluded C.A.V. 1/14/2019 AT 1:33 | Stenographer<br>CD:        Index: 129-133 |

**WITNESSES**

| For Plaintiff | For Defendant |
|---|---|

Counsel came to Agreement for Conditions of Release as to Defendant Cercone w/ $25,000.00 Unsecured Bond.

Defendant Wood waived right to Detention Hearing. Waiver executed and to be filed.