IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CR-00008 |
| | ) | |
| | ) | Judge J. Nicholas Ranjan |
| NOAH LANDFRIED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

**AND NOW,** this **25th** day of **March, 2020,** the Court **HEREBY ORDERS** as follows:

1. As to PARIS WILSON, the Status Conference is scheduled for **6/8/2020** at **10:00AM** in Courtroom 6C.

2. As to RICHARD BRACEY, the Change of Plea Hearing is scheduled for **6/8/2020** at **11:00AM** in Courtroom 6C.

3. As to ROBERT KORBE, the Change of Plea Hearing is scheduled for **6/8/2020** at **1:00PM** in Courtroom 6C.

4. As to SHAYLA YATES, the Change of Plea Hearing is scheduled for **6/8/2020** at **2:00PM** in Courtroom 6C.

5. As to LARRY BENAVIDES, the Change of Plea Hearing is scheduled for **6/9/2020** at **1:00PM** in Courtroom 6C.

6. As to EUGENE HALL, the Status Conference is scheduled for **6/9/2020** at **2:30PM** in Courtroom 6C.

7. As to RICHARD WOOD, the Change of Plea Hearing is scheduled for **6/16/2020** at **10:00AM** in Courtroom 6C.

8. As to JAMES PERRY, the Change of Plea Hearing is scheduled for **6/16/2020** at **1:00PM** in Courtroom 6C.

9. As to PAUL NUARA, the Change of Plea Hearing is scheduled for **6/16/2020** at **2:30PM** in Courtroom 6C.

10. As to THOMAS HOPES, the Change of Plea Hearing is scheduled for **6/17/2020** at **2:00PM** in Courtroom 6C.

11. As to BRANDON MASSIE, the Change of Plea Hearing is scheduled for **6/29/2020** at **10:00AM** in Courtroom 6C.

12. As to JOHN RAMSEY, the Change of Plea Hearing is scheduled for **6/29/2020** at **11:00AM** in Courtroom 6C.

13. As to NICOLE BRACEY, the Change of Plea Hearing is scheduled for **6/29/2020** at **1:00PM** in Courtroom 6C.

14. As to MICHEL CERCONE, the Change of Plea Hearing is scheduled for **6/29/2020** at **2:30PM** in Courtroom 6C.

15. As to SANDRA WILSON, the Change of Plea Hearing is scheduled for **6/30/2020** at **1:30PM** in Courtroom 6C.

16. As to CHRISTOPHER GAHAGAN, the Sentencing Hearing is scheduled for **7/1/2020** at **10:00AM** in Courtroom 6C. Supplemental Information or Memorandum with Respect to Sentencing are now due by **6/24/2020**.

17. As to MICHAEL FRAWLEY, the Change of Plea Hearing is scheduled for **7/13/2020** at **2:00PM** in Courtroom 6C.

BY THE COURT:

s/ J. Nicholas Ranjan
United States District Judge